1
2
3
4
5
6
7
8
9
10

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

11   TIM JEWEL SAMUEL,

12         Plaintiff,

13         v.

14   COMMISSIONER OF SOCIAL SECURITY,

15         Defendant.

16
17

Case No. 1:23-cv-00308-CDB (SS)

ORDER ON STIPULATION EXTENDING
BRIEFING SCHEDULE

(Doc. 17)

18      Plaintiff Tim Samuel ("Plaintiff") seeks judicial review of an administrative decision of
19   the Commissioner of Social Security ("Defendant") denying Plaintiff's claim for benefits under
20   the Social Security Act.  (Doc. 1).  On July 22, 2023, Plaintiff filed a motion for summary
21   judgment. (Doc. 14). On August 21, 2023, Defendant filed a notice of briefing extension.  (Doc.
22   16).

23      Pending before the Court is the Defendant's stipulated request to extend the briefing
24   schedule.  (Doc. 17).  The stipulation requests the Court extend Defendant's deadline to file a
25   responsive brief from September 20, 2023, to October 20, 2023.  *Id*. at 2.  For the reasons set
26   forth in the stipulation, the Court finds good cause to grant the requested extension.

27      Accordingly, pursuant to the stipulation, IT IS HEREBY ORDERED:

28      1.  Defendant shall file a responsive brief by October 20, 2023; and

1

1    2.  The timelines for the filing of any reply shall be governed by the Court's Scheduling

2         Order (Doc. 5).

3  IT IS SO ORDERED.

4     Dated:    **September 11, 2023**                    _____

5                                              UNITED STATES MAGISTRATE JUDGE

2