UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIM JEWEL SAMUEL,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>　　　　Defendant. | Case No. 1:23-cv-00308-CDB (SS)<br><br>ORDER ON STIPULATION EXTENDING BRIEFING SCHEDULE<br><br>(Doc. 19) |

　　　　Plaintiff Tim Samuel ("Plaintiff") seeks judicial review of an administrative decision of the Commissioner of Social Security ("Defendant") denying Plaintiff's claim for benefits under the Social Security Act. (Doc. 1). On July 22, 2023, Plaintiff filed a motion for summary judgment. (Doc. 14). On August 21, 2023, Defendant filed a notice of briefing extension. (Doc. 16). On September 8, 2023, Defendant filed a stipulated request to extend the briefing schedule. (Doc. 17). The Court issued an order extending Defendant's deadline to file a responsive brief to October 20, 2023. (Doc. 18).

　　　　On October 20, 2023, the day Defendant's responsive brief was due, Defendant filed a second stipulated request to extend the briefing schedule. (Doc. 19). Requests for extensions of time in the Eastern District of California are governed by Local Rule 144, which provides: "Counsel shall seek to obtain a necessary extension from the Court or from other counsel or

parties in an action as soon as the need for an extension becomes apparent." L.R. 144(d).

Here, given Defendant's representations about the reasons Defendant seeks an extension of time (Doc. 19), it should have become apparent before the due date for filing Defendant's responsive brief that such an extension was needed, and, hence, under Local Rule 144, Defendant was required to file the request for extension of time before now.

The Court directs Defendant to exercise better care in anticipating any future requests for extensions of time and filing such requests reasonably in advance of the terminal filing date that Defendant seeks to extend. Under the circumstances, Defendant has demonstrated good cause for the extension.

Accordingly, for the reasons set forth in Defendant's stipulation and for good cause shown, IT IS HEREBY ORDERED:

1. Defendant shall file a responsive brief by November 3, 2023; and
2. The timelines for the filing of any reply shall be governed by the Court's Scheduling Order (Doc. 5).

IT IS SO ORDERED.

Dated:   **October 25, 2023**                           _____
                                                        UNITED STATES MAGISTRATE JUDGE